UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   14-14007-CR-MIDDLEBROOKS/LYNCH
18 U.S.C. § 922(d)(1)
18 U.S.C. § 924(a)(2)

UNITED STATES OF AMERICA

v.

ANTHONY POSADAS, JR.,
a/k/a "Tony Gun,"

   Defendant.
_____/

FILED by _____ D.C.
FEB 13 2014
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about October 24, 2011, in Saint Lucie County, in the Southern District of Florida, the defendant,

ANTHONY POSADAS, JR.,
a/k/a "Tony Gun,"

did knowingly sell and otherwise dispose of one or more firearms, that is, a Winchester shotgun and a Davis Industries derringer, to any person knowing and having reasonable cause to believe that person had been convicted of a felony, that is, a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Sections 922(d)(1) and 924(a)(2).

### COUNT 2

On or about October 25, 2011, in Saint Lucie County, in the Southern District of Florida, the defendant,

ANTHONY POSADAS, JR.,
a/k/a "Tony Gun,"

did knowingly sell and otherwise dispose of a firearm, that is, an AK-47, to any person knowing and having reasonable cause to believe that person had been convicted of a felony, that is, a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Sections 922(d)(1) and 924(a)(2).

## COUNT 3

On or about November 16, 2011, in Saint Lucie County, in the Southern District of Florida, the defendant,

**ANTHONY POSADAS, JR.,**
a/k/a "Tony Gun,"

did knowingly sell and otherwise dispose of a firearm, that is, a Spikes Tactical AR-15 style 9 millimeter pistol, to any person knowing and having reasonable cause to believe that person had been convicted of a felony, that is, a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Sections 922(d)(1) and 924(a)(2).

A TRUE BILL

_____
FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
RUSSELL R. KILLINGER
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO. _____

v.

ANTHONY POSADAS, Jr.,
a/k/a "Tony Gun"

**CERTIFICATE OF TRIAL ATTORNEY***

_____ Defendant. /

Indictment Case Information:

**Court Division**: (Select One)

____ Miami      ____ Key West
____ FTL        ____ WPB     _X_ FTP

New Defendant(s)            Yes ____  No ____
Number of New Defendants    ____
Total number of counts      ____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No) _No_
   List language and/or dialect _____

4. This case will take ___3___ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                              (Check only one)

   I    0 to 5 days        _X_           Petty       ____
   II   6 to 10 days       ____          Minor       ____
   III  11 to 20 days      ____          Misdem.     ____
   IV   21 to 60 days      ____          Felony      _X_
   V    61 days and over   ____

6. Has this case been previously filed in this District Court? (Yes or No) ____

If yes:
Judge: _____   Case No. _____
(Attach copy of dispositive order)
Has a complaint been filed in this matter?   (Yes or No) ____
If yes:
Magistrate Case No.
Related Miscellaneous numbers:            _____
Defendant(s) in federal custody as of     _____
Defendant(s) in state custody as of       _____
Rule 20 from the _____  District of _____

Is this a potential death penalty case? (Yes or No)  __No__

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   ____ Yes   _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   ____ Yes   _X_ No

                                     _____
                                     RUSSELL R. KILLINGER
                                     ASSISTANT UNITED STATES ATTORNEY

*Penalty Sheet(s) attached

REV 4/8/08

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

### CASE NO. _____

Defendant's Name:   ANTHONY POSADAS, Jr., a/k/a "Tony Gun"

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|-------|-----------|-----------|--------------|
| 1 - 3 | Sale of Firearms to a convicted felon | 18:922(d)(1) & 924(a)(2) | 10 years imprisonment<br>$250,000 fine<br>SR: 3 years<br>$100 Special Assessment |